IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, *as subrogee*
*of Burroughs Diesel, Inc.*                                                                           PLAINTIFF

VERSUS                                      CIVIL ACTION NO.: 2:18cv28-KS-MTP

BAKER PETROLITE, LLC, et *al.*                                           DEFENDANTS

## **ORDER**

THIS MATTER came before the Court on Plaintiff's Motion to Compel the Depositions of Brent Garrett and Fred Meyers [68]. The court having carefully considered the motion, finds that it should be GRANTED. The depositions should proceed as scheduled.

The discussions had between the deponents and other parties and third parties as well as the matters they observed are plainly discoverable. That a lawyer is somehow in the loop does not clothe every fact or impression with protection. Even if the court were to extend the work product protection to the degree movant asserts, there is substantial need for the information sought. Moreover, that the information sought may or may not ultimately be admissible is not a sufficient basis for denying the discovery sought.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion [68] is hereby GRANTED as to the request to compel depositions. The demand for costs and expenses in preparing the Motion remains under advisement.

SO ORDERED this 28th day of January, 2019.

                                                            s/ Michael T. Parker
                                                            United States Magistrate Judge