## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

TRAVELERS PROPERTY CAUSALTY COMPANY OF AMERICA,
as subrogee of Burroughs Diesel, Inc.                          PLAINTIFF

VERSUS                                                CAUSE NO. 2:18CV28-KS-MTP

BAKER PETROLITE, LLC and
POLY PROCESSING COMPANY, LLC                                DEFENDANTS

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE OF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S CLAIMS AGAINST THE SEPARATE DEFENDANT, POLY PROCESSING COMPANY, LLC

This day this cause having come before the Court on the *ore tenus* motion of the Plaintiff, Travelers Property Casualty Company of America, and the separate Defendant, Poly Processing Company, LLC, each appearing through counsel, whose signatures are affixed below in the acknowledgment and approval hereof, and upon call of the action, these parties through their counsel thereupon move the Court for the adoption of this Agreed Final Judgment of Dismissal With Prejudice of the Court in this action as to the claims of the Plaintiff against the separate Defendant, Poly Processing Company, LLC, only, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that, with respect to any and all claims of the Plaintiff, Travelers Property Casualty Company of America, the separate Defendant, Poly Processing Company, LLC, is hereby fully and finally discharged from this action, and that the Plaintiff's Complaint and all causes of action therein pled or referred to be and all the same as against the separate Defendant, Poly Processing Company, LLC, are hereby finally and forever dismissed with prejudice, with each party to bear their respective costs of this action. Travelers Property Casualty Company of America's claims against the separate Defendant, Baker Petrolite, LLC, shall remain in full force and effect.

SO ORDERED AND ADJUDGED, on this, the 10th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Albert S. Nalibotsky
Albert S. Nalibotsky (*admitted PHV*)

/s/ W. Hugh Gillon
W. Hugh Gillon, IV (MSB #8947)
Counsel for Travelers Property Casualty
Company of America

/s/ Edwin S. Gault
Edwin S. Gault (MSB#10187)
Spencer M. Ritchie (MSB #103636)
Counsel for Baker Petrolite, LLC

/s Matthew D. Miller
Matthew D. Miller (MSB #99210)
Counsel for Poly Processing, LLC